# United States District Court
## For The Western District of North Carolina
### Statesville Division

TAMMY W. OWENS,

       Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                     CASE NO. 5:09CV112

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 26, 2010, Order.

            Signed: May 26, 2010

            Frank G. Johns, Clerk
            United States District Court